IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BETTY CORNELIUS, | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-01279 |
| v. | ) |
| | ) Judge Nixon |
| CAROLYN W. COLVIN, | ) Magistrate Judge Brown |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion to Dismiss Plaintiff's Complaint ("Motion") (Doc. No. 8), filed along with a Memorandum in Support (Doc. No. 9), a declaration (Doc. No. 10), and multiple exhibits (Doc. Nos. 10-1 to 10-4). Plaintiff Betty Cornelius did not file a response. Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be granted and "the case be dismissed with prejudice as untimely, thus depriving the Court of subject matter jurisdiction." (Doc. No. 11 at 4.) The Report was entered on March 19, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Defendant's Motion and **DISMISSES** Plaintiff's Complaint with prejudice. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 21st day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT